Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   24-11

JUAN JOSE FARIAS ALVAREZ   Category   B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 7/1/2024 from Judge Christopher R. Cooper to Calendar Committee by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge Christopher R. Cooper   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk